■ CRAIG ROBINS v HARRY KARP et al. — Motion for reargument denied. Concur — Ross, J. P., Lynch, Milonas and Kassal, JJ.

Silverman, J., amends his concurring memorandum (98 AD2d 671) so as to substitute for the last three sentences the following: "At the time I wrote my original concurring memorandum I had overlooked the fact that a transcript of the testimony had been furnished us. However, I am not persuaded that we should overrule the findings of fact of the Trial Judge based upon testimony by witnesses who appeared before the Trial Judge."